# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 13, 2013

## NO. 03-11-00416-CR

**Felix Sandoval, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgment of conviction: **IT IS ORDERED, ADJUDGED** and **DECREED** by the Court that the trial court's judgment of conviction be reversed and the cause is remanded for further proceedings in accordance with the opinion of this Court; and that this decision be certified below for observance.